In the Matter of LINDEN FARMS MILK AND CREAM Co., INC., Appellant, against PETER G. TEN EYCK, as Commissioner of the Department of Agriculture and Markets of the State of New York, Respondent.

(Submitted June 1, 1936; decided June 5, 1936.)

*Henry S. Manley* for motion.

*Herbert L. Maltinsky* and *Harry L. Marcus* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.